
BUSINESS

# Conservation group to pay $60 million to stop Alabama mining company project in Georgia

Published: Jun. 21, 2025, 8:06 a.m.

EXHIBIT
tabbies
1



A conservation group says it will pay $60 million to buy land outside the Okefenokee Swamp from an Alabama mining company that spent years battling environmentalists over its plans to extract minerals there. Stephen B. Morton/AP



By The Associated Press

A conservation group said Friday it has reached a $60 million deal to buy land outside the Okefenokee Swamp from a mining company that environmentalists spent years battling over a proposed mine that opponents feared could irreparably damage an ecological treasure.

The Conservation Fund said it will buy all 7,700 acres (31.16 square kilometers) that Alabama-based Twin Pines Minerals owns outside the Okefenokee National Wildlife Refuge in southeast Georgia, halting the company's mining plans.

New Caledonia to become a state in 'historic' agreement, but will remain French



"It's a big undertaking, but it was also an existential threat to the entire refuge," said Stacy Funderburke, the Conservation Fund's vice president for the central Southeast. "We've done larger deals for larger acres, but dollar-wise this is the largest deal we've ever done in Georgia."

Twin Pines President Steven Ingle confirmed the sale through a spokesman, but declined to comment further.

Twin Pines of Birmingham, Alabama, had worked since 2019 to obtain permits to mine titanium dioxide, a pigment used to whiten products from paint to toothpaste, less than 3 miles (5 kilometers) from the southeastern boundary of the Okefenokee refuge near the Georgia-Florida line.

The Okefenokee is the largest U.S. refuge east of the Mississippi River, covering nearly 630 square miles (1,630 square kilometers) in southeast Georgia. It is home to abundant alligators, stilt-legged wood storks and more than 400 other animal species.

The mine appeared to be on the cusp of winning final approval early last year. Georgia regulators issued draft permits in February 2024 despite warnings from scientists that mining near the Okefenokee's bowl-like rim could damage its ability to hold water and increase the frequency of withering droughts.

Twin Pines insisted it could mine without damaging the swamp. Regulators with the Georgia Environmental Protection Division agreed, concluding last year that mining should have a "minimal impact" on the refuge.

The decisions by Georgia regulators played an outsize role in the Twin Pines project after environmental rollbacks during President Donald Trump's first term stripped the federal government of any oversight.

Advocates battling Twin Pines said there is still a potential threat to the Okefenokee, with thousands of acres of privately owned land remaining unprotected. Georgia lawmakers have batted aside multiple attempts in recent years to prohibit mining near the refuge.

"There's maybe 30,000 acres that's still vulnerable outside the Okefenokee on Trail Ridge that needs to be conserved," said Rena Ann Peck of the Georgia River Network.

Josh Marks, an Atlanta environmental attorney who fought the mining project, called the land sale "a huge victory." But he also called on conservationists to redouble efforts for a state law protecting the Okefenokee and to keep pressure on other companies to refrain from mining near the refuge.

Advertisement

Click here
americanexpres

Funderburke said the steep purchase price for Twin Pines' land was driven largely by its mineral-rich soils that would have been highly valued by other mining operations. Reaching a deal became more urgent with the company so close to obtaining its final permits.

"It became pretty clear once a draft permit was issued last year that this was the final exit ramp" to stopping the project, Funderburke said.

He said his group was closing Friday on about 40% of the property that includes the 820-acre (332-hectare) site for which Twin Pines' had sought its mining permit. The Conservation Fund plans to close on the rest by the end of July.

Funderburke said he hopes there is eventually a deal for the land to pass into government ownership and protection.

The U.S. Fish and Wildlife Service, which oversees the Okefenokee refuge, in January approved a plan to expand the refuge by buying up to 22,000 acres (8,900) along its perimeter from private owners. The proposal included land owned by Twin Pines.

## RECOMMENDED

[**Public's fight against a north Alabama quarry heads to court**](#) Jul. 17, 2025, 6:10 a.m.

[**Award-winning farmer's market has a mission: 'Our main goal is to feed the community'**](#) Jul. 14, 2025, 6:26 a.m.

Negotiations with the Conservation Fund might explain why Twin Pines had yet to follow through on a financial commitment required before Georgia regulators could make a final decision on its mining permit.

The Environmental Protection Division recently confirmed Twin Pines had been notified in February 2024 that it needed to set aside $2 million for future restoration of the mining site. The company never followed through in the 16 months before the sale was announced.

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our [User Agreement](#) and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our [Privacy Policy.](#)

## Around the Web

**Dementia Has Been Linked To a Common Habit. Do You Do It?**

Memory Health | Sponsored

Learn More

### Seniors Born 1939-1969 Receive 9 Benefits This Month

There's no reason why every senior shouldn't take advantage of these incredible discounts and offers available to them.

**Bettys Perks** | Sponsored

Learn More

### Half-day Tours ⊙ New Orleans

Steamboat Natchez Evening Jazz Cruise with Dinner Option

**VIATOR** | Sponsored

Shop

### 3 Examples of How Long $1M Could Last in Retirement

"It may sound like a lot of money, but is $1 million really enough for a comfortable retirement?"

**SmartAsset** | Sponsored

Learn More

### Ghost & Vampire Tours ⊙ Savannah

Bad Kitty Haunted Savannah Pub Crawl - Spooky, naughty ghosts

**VIATOR** | Sponsored

Shop

### 10 Books The Wealthiest People in the World Read That Poor People Never Open

The world's highest achievers have one thing in common: an appreciation for reading. Books were their most profitable investment.

### Millionaire in the Making? AI Platform Transforms $900 into $38,000 in 30 Days for Beginners

Early adopters report rapid gains with this AI system. Financial experts weigh in on

### Seniors Born 1939-1969 Receive 9 Benefits This Month If They Ask

There's no reason why every senior shouldn't take advantage of these incredible discounts and offers available to them.

Bettys Perks | Sponsored ( Learn More )

### Here are the winners and losers in Trump's $4.5 trillion 'Big Beautiful Bill'

AL.com

### 'Hee Haw' actor, star of 'Fried Green Tomatoes,' dead at 78: 'Will be greatly missed'

AL.com

### Ask A Pro: "I'm 70 With $1.4M in IRAs. Should I Convert $160k/ Year to a Roth to Save on RMDs?"

This Quiz Matches Nearly 50,000 People Each Month with Vetted Financial Advisors

SmartAsset | Sponsored ( Learn More )

### These Companies Are Overcharging You for Virginia Auto Insurance

Don't pay your next auto insurance bill until you read about this!

Smart Lifestyle Trends | Sponsored ( Learn More )

### PUMA Speedcat Mesh Unisex Shoes in Loden Green/Warm White, Size 9.5

The Puma Speedcat Has Been An Icon Of Racing Culture And Street Style For Decades. Originally Introduced As An Ultra-Slim Driving Shoe Designed To Cut …

Puma | Sponsored ( Buy )

**Fox News host still faces lawsuit even after admitting Democrat 'wasn't lying'**

AL.com

**Trump's Epstein meltdown was the 'biggest fumble,' Fox News guest says: 'Why are they so nervous?'**

AL.com



▼ **About Us**

About Alabama Media Group

Jobs at Alabama Media Group

Advertise with us

About AL.com

Frequently Asked Questions

Accessibility Statement

Contact Us

Online Store

▼ **Subscriptions**

AL.com

The Birmingham News

The Huntsville Times

Press-Register

Newsletter

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

▼ **AL.com Sections**

News

Business

Sports

High School Sports

Alabama Life & Culture

Opinion

Archives

Obituaries

Jobs

Autos

▼ **Your Regional News Pages**

Anniston/Gadsden

Birmingham

Huntsville

Mobile

Montgomery

Tuscaloosa

Gulf Coast Beaches

▼ **On the Go**

Mobile Apps

Tablet Apps

▼ Follow Us

Pinterest

Twitter

Facebook

Instagram

RSS

▼ Customer Service

Send us an email

Submit a news tip

Buy newspaper front pages, posters and more

▼ More on AL.com

Videos

Weather News

Site Map & search

Sponsor Content

Post a job

Your Privacy Choices    |   Privacy Policy   |   User Agreement   |   ▷Ad Choices

# ADVANCE LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 7/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

[Community Rules](#) apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available [here](#) and **YouTube's terms of service** is available [here](#).

▷[Ad Choices](#)


<https://www.selc.org>

PRESS RELEASE | JUNE 20, 2025

# Twin Pines Minerals sells controversial mine site on the edge of the Okefenokee

ATLANTA— Thanks to the incredible work of The Conservation Fund, the site of a proposed mine on the doorstep of the Okefenokee National Wildlife Refuge is permanently protected. The Conservation Fund announced <https://www.conservationfund.org/our-impact/press-room/the-conservation-fund-halts-okefenokee-mining-threat/>the purchase of Twin Pines Minerals' mine site near the border of the refuge. In addition to the land, the group is also acquiring the underlying mineral rights.

For more than six years, SELC has worked alongside a broad coalition of groups to stop Twin Pines Minerals from mining along Trail Ridge, the ancient barrier island that makes up the Okefenokee's eastern rim. The proposed mine would have threatened the water levels and ecosystem health of one of the most wild, pristine, and ecologically intact places in America.

"When citizens, advocates, and the conservation community work together, really extraordinary things are possible," said Bill Sapp, a senior attorney in SELC's Georgia office and chairman of the Okefenokee Protection Alliance's

executive committee. "The Okefenokee is unlike any place on Earth. Conserving this special place is an important step towards protecting Trail Ridge and the Okefenokee for the next generation of Georgians."

No environmental permit application in Georgia history has drawn as much opposition as the Twin Pines Minerals mine. Concerned citizens from across Georgia and the country expressed their opposition to the mine by filing more than 250,000 comments with the Corps of Engineers and the state of Georgia. A 2024 survey of Georgia voters <https://www.selc.org/wp-content/uploads/2024/06/okefenokee-memo-hart-research.pdf> showed overwhelming support for protecting the Okefenokee from mining threats and at least 19 local governments across Georgia have passed resolutions calling for protection of the Okefenokee.

"This is an incredibly special outcome and there is no place more deserving than the Okefenokee," said Megan Huynh, a senior attorney in SELC's Georgia office. "Georgians sent a clear message to Twin Pines Minerals that mining next to the Okefenokee is an unacceptable risk. This wouldn't have been possible without a powerful coalition, and regular Georgians who were willing to stand up and defend a place as beloved as the Okefenokee."

The Okefenokee National Wildlife Refuge is home to a stunning array of biodiversity including bald eagles, bobcats, black bears, and 13,000 alligators. Several endangered and threatened species reside in and rely on the Okefenokee, including wood storks, indigo snakes, and red-cockaded woodpeckers. The Okefenokee attracts nearly 725,000 visits a year, supports more than 750 jobs, and generates an estimated $64.7 million in economic activity in the four counties surrounding the Refuge.

"Protecting Georgia's unique and beloved resources has been a priority for SELC since our founding nearly 40 years ago. This is easily one of SELC's biggest Georgia victories," said Gil Rogers, director of SELC's Georgia office. "I

am incredibly proud of our staff, partners, and the citizens of Georgia who banded together to protect the Okefenokee National Wildlife Refuge."

###

**About Southern Environmental Law Center**

The Southern Environmental Law Center is one of the nation's most powerful defenders of the environment, rooted in the South. With a long track record, SELC takes on the toughest environmental challenges in court, in government, and in our communities to protect our region's air, water, climate, wildlife, lands, and people. Nonprofit and nonpartisan, the organization has a staff of 200, including more than 130 legal and policy experts, and is headquartered in Charlottesville, Va., with offices in Asheville, Atlanta, Birmingham, Chapel Hill, Charleston, Nashville, Richmond, and Washington, D.C. selc.org <http://www.selc.org/>

Are you a reporter and would like more information? Please visit our press contact page </press-contacts/> for a full list of SELC's press contacts.

---

## Latest Press Releases

ALL PRESS RELEASES →

JULY 16, 2025

### Groups appeal permit for xAI's South Memphis data center, decisions around unpermitted methane gas turbines →

<https://www.selc.org/press-release/groups-appeal-permit-for-xais-south-memphis-data-center-decisions-around-unpermitted-methane-gas-turbines/>

JULY 16, 2025

## Commission "accepts" Dominion's long-term plan as "legally sufficient" but will require improvements moving forward →

<https://www.selc.org/press-release/commission-accepts-dominions-long-term-plan-as-legally-sufficient-but-will-require-improvements-moving-forward/>

JULY 15, 2025

## Tennessee Valley Authority scraps plan for rural Cheatham County gas plant →

<https://www.selc.org/press-release/tennessee-valley-authority-scraps-plan-for-rural-cheatham-county-gas-plant/>

SELC

**About Us** <https://www.selc.org/about-us/>

**Our Focus** <https://www.selc.org/our-focus/>

**Our States** <https://www.selc.org/our-states/>

**Stories** <https://www.selc.org/news/>

**Take Action** <https://www.selc.org/how-to-help/action-center/>

</>

E-Newsletter Sign-Up </register-for-updates-from-selc/>

<https://w[illegible]va>

<https://www.linkedin.com/company/southern-environmental-law-center/>

Charity Navigator FOUR-STAR

<https://www.charitynavigator.org/ein/521436778>

### Ways to Give

<https://www.selc.org/how-to-help/give-today/>

### Careers <https://www.selc.org/about-us/careers/>

### Press Center </press-release/>

### Press Contacts

<https://www.selc.org/press-contacts/>

© Southern Environmental Law Center | 120 Garrett Street, Suite 400, Charlottesville, VA 22902

Contact Us <https://www.selc.org/about-us/contact-us/>

Privacy Policy <https://www.selc.org/privacy/>

STATE

# After years of trying, environmentalists neutralize a mining threat near Okefenokee

**Ty Tagami** Capitol Beat News Service
June 24, 2025, 5:09 a.m. ET

**Key Points**

- Twin Pines Minerals agreed to sell its property near the Okefenokee Swamp to The Conservation Fund, ending a proposed mining project.
- The Conservation Fund will pay approximately $60 million for the nearly 8,000-acre property, with the transaction occurring in two phases.
- Public outcry against the mining project, which threatened the Okefenokee's ecosystem, played a significant role in the decision.
- While this sale is a major victory for conservation efforts, potential mining threats still exist on nearby private properties.

The Alabama company that planned to mine titanium dioxide next to the Okefenokee Swamp has agreed to sell its property to an environmental fund, ending — for now — a threat to more than 350,000 acres of designated national wilderness that is home to several endangered and threatened species.

The Conservation Fund announced Friday that it had agreed to buy Twin Pines Minerals' property on Trail Ridge near the Okefenokee National Wildlife Refuge, ending a six-year effort to protect North America's largest blackwater swamp.

"By purchasing this land from Twin Pines, The Conservation Fund will ensure that the Okefenokee National Wildlife Refuge remains wild and unspoiled for all Americans," Stacy Funderburke, the Fund's vice president for the central Southeast region, said in a statement.

Funderburke said in an interview that the Fund had agreed to pay about $60 million for the nearly 8,000-acre property. The transaction will occur in two phases, with the first phase Friday involving a transaction for 40% of the purchase price and the final closing July 31. He said his organization continues to raise money for that final phase-two transaction.

Twin Pines had no comment but confirmed the sale through a spokesman.

The fund pulled together money from private donors with the help of advocacy group One Hundred Miles.

"Twin Pines' decision to sell their land to a conservation buyer instead of to a mining company is a respectable response to the hundreds of thousands of voices who have spoken out against the mining proposal," Megan Desrosiers, president and CEO of One Hundred Miles, said in a statement.

Alice Keyes, a vice president of One Hundred Miles, credited "the unbelievable public outcry" against mining the swamp.

About a quarter million people submitted comments against the mining project to the U.S. Army Corps of Engineers and to the state of Georgia, said the Southern Environmental Law Center, which worked against the mine.

"It was one of the largest public campaigns that I have ever been involved in," said Keyes, who has worked on environmental issues for three decades.

The Okefenokee is a rich ecosystem hosting bald eagles, bobcats, black bears, and 13,000 alligators. Wood storks, indigo snakes and red-cockaded woodpeckers are among the endangered and threatened species that rely on the swamp.

U.S. Sen. Jon Ossoff, a Democrat who has been involved in the effort to stop the mine, called the purchase "great news for all Georgians and our beloved natural treasure."

Threats remain, though.

Josh Marks, president of Georgians for the Okefenokee, said the purchase was a "huge victory" to protect a natural treasure "from a dangerous project promoted by an atrocious company. But the threat is not over by a long shot."

The Conservation Fund struck a deal with DuPont in the early 2000s to stop a different titanium dioxide mine.

Marks is worried that Chemours, which spun off from DuPont a decade ago, could still mine nearby private property, and said the General Assembly should pass the Okefenokee Protection Act, legislation that has stalled.

Funderburke agreed that a couple other private properties nearby could also be mined, but said the Twin Pines sale reduced the risk. He said the company's inability to secure a mining permit after six years of trying could discourage other mining efforts. And he said that such a large mine so close to the swamp would have set a terrible precedent.

He said other options besides outright purchases exist, such as buying conservation easements.

"The threat is not over, so the drumbeat should continue," Funderburke said. "But this is a really important milestone in the fight against mining in the Okefenokee."

That drumbeat has been growing louder.

Sonny Perdue, a former Republican governor of Georgia, has pushed for protecting the swamp. The long-serving cabinet member during President Donald Trump's first term is now chancellor of the University System of Georgia. In April, Perdue urged U.S. Interior Secretary Doug Burgum to support the years-long effort to get the national wildlife refuge designated as a United Nations World Heritage Site.

The letter, which Perdue sent on Board of Regents letterhead, cited a study by an environmental conservation group that said the designation would be an economic

boon for the area around the Okefenokee.

Others have used the economic argument as well. The Southern Environmental Law Center noted that the Okefenokee draws more than 700,000 visits a year, supporting more than 750 jobs and generating about $65 million in annual economic activity for the four counties around the Okefenokee.