**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division
**In Admiralty**

| | | |
|---|---|---|
| LAURITZEN BULKERS A/S, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:25-cv-1215 |
| | : | |
| TWIN PINES MINERALS, LLC, | : | |
| a Delaware limited liability company, | : | |
| | : | |
| **SERVE**: Clerk | : | |
| State Corporation Commission | : | |
| as Statutory Agent | | |
| 1300 East Main Street | : | |
| Richmond, Virginia 23219 | : | |
| | : | |
| and | : | |
| | : | |
| THE CONSERVATION FUND, | : | |
| a Virginia nonprofit corporation, | : | |
| | : | |
| **SERVE**: INCORP SERVICES, INC. | : | |
| Registered Agent | : | |
| 7288 Hanover Green Drive, Ste A | : | |
| Mechanicsville, VA, 23111 | : | |
| | : | |
| Garnishee. | : | |

**MOTION AND BRIEF FOR ORDER FOR ISSUANCE OF PROCESS**
**OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff hereby moves, pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, the Federal Arbitration Act, 9 U.S.C. § 201, *et. seq.,* and the allegations in the incorporated Verified Complaint, for the issue of writs of maritime garnishment for property of Defendant Twin Pines

---

*Lauritzen Bulkers A/S v. Twin Pines Minerals, LLC*        PENDER & COWARD, P.C.
Civil Action No. 1:25-cv-1215                                              www.pendercoward.com
Motion for Order for Issuance of Process of Maritime Attachment and Garnishment

Minerals, LLC, held or controlled by garnishee or its agents located in this District. In further support of this motion, Plaintiff submits the accompanying draft order (Exhibit A) and draft writs (Exhibit B), and respectfully requests this Court to grant its motion. This motion shall be served with the Verified Complaint.

Respectfully submitted on July 22, 2025.

LAURITZEN BULKERS A/S

By: /s/ Thomas S. Berkley
Of Counsel

Thomas S. Berkley, Esquire
(VSB #40124)
tberkley@pendercoward.com
Scott B. Ingram, Esquire
(VSB #98236)
singram@pendercoward.com
PENDER & COWARD
333 W. Freemason Street, Suite 100
Norfolk, VA 23510
(757) 502-7344 Phone/Fax

---

*Lauritzen Bulkers A/S v. Twin Pines Minerals, LLC*  PENDER & COWARD, P.C.
Civil Action No. 1:25-cv-1215  www.pendercoward.com
Motion for Order for Issuance of Process of Maritime Attachment and Garnishment