IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division
In Admiralty

| | |
|---|---|
| LAURITZEN BULKERS A/S, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:25-cv-1215 |
| TWIN PINES MINERALS, LLC,<br>a Delaware limited liability company, | : |
| Defendant, | : |
| and | : |
| THE CONSERVATION FUND,<br>a Virginia nonprofit corporation, | : |
| Garnishee. | : |

## ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT AND APPOINTING PROCESS SERVER

**WHEREAS**, on July 22, 2025, Plaintiff, LAURITZEN BULKERS A/S, filed a Verified Complaint in the above-captioned action seeking damages of US$7,420,412.84 inclusive of interest, costs and reasonable attorneys' fees, and praying for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and,

**WHEREAS**, the Court has reviewed the Verified Complaint and finds that the conditions of Supplemental Admiralty Rule B appear to exist, and

**WHEREAS**, Plaintiff has moved for an Order pursuant to Fed. R. Civ. P. 4(c)(3) and Supplemental Admiralty Rule B(1)(d)(ii) appointing Thomas S. Berkley, Esq. or any other person appointed by Pender & Coward, P.C., who is over 18 years of age and is not a party to this action,



EXHIBIT A

to serve Process of Maritime Attachment and Garnishment in this matter, and it appearing that such appointment will result in substantial economies in time and expense, it is hereby

**ORDERED**, that the Clerk of this Court issue Process of Maritime Attachment and Garnishment against all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, or any other tangible or intangible property belonging to, claimed by, owed to, or being held for Defendant by any garnishee to this order, upon whom a copy of the Process of Maritime Attachment and Garnishment may be served, in an amount of up to US$7,420,412.84, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and, it is further,

**ORDERED**, that any person claiming an interest in any property attached or garnished pursuant to this Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated; and it is further,

**ORDERED**, that any person at least 18 years of age and not a party to this action employed with or appointed by Pender & Coward, P.C. be, and hereby is, appointed to serve this Order and Process of Maritime Attachment and Garnishment on the Garnishee and on such additional garnishees as so permitted herein; and it is further,

**ORDERED**, that supplemental process specifying other or additional garnishees and enforcing the Court's Order may be issued by the Clerk without further Order of the Court; and it is further,

**ORDERED**, that initial service by the United States Marshal or other designated process server shall be made personally upon each Garnishee, provided however that, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and/or (F), any garnishee may consent in writing to accept such

initial service by other means, including facsimile, e-mail, or other verifiable electronic means. The consent of the garnishee may be manifested in the garnishee's rules, policies or other instructions regarding service. Service shall be deemed made within the District if a natural person within the District causes the service to be transmitted to a garnishee having an office within the District; and it is further,

**ORDERED**, that a copy of this Order be attached to and served with initial service of the Process of Maritime Attachment and Garnishment upon each garnishee; and it is further,

**ORDERED**, that the following initial service as described above, supplemental service of the Process of Maritime Attachment and Garnishment may be made by way of facsimile transmission or e-mail to a fax number or e-mail address designated by the garnishee for that purpose or by other means consented to by the garnishee pursuant to Fed. R. Civ. P. 5(b)(2)(E) and/or (F). Such consent may be manifested in the garnishee's rules, policies or other instructions regarding service; and it is further,

**ORDERED**, that service on any garnishee as described herein is deemed to be effective and continuous (i) throughout the remainder of the day of service from the time of such service and (ii) through the end of the next business day, provided another service is made during the next business day.

**ORDERED**, that to afford an opportunity for an expeditious hearing of any objections which might be raised by Defendant, or any garnishee, a hearing may be set by calling the case manager of the undersigned.

Dated: _____

                            SO ORDERED:

                            _____
                            UNITED STATES DISTRICT/MAGISTRATE JUDGE