## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division
### In Admiralty

| | |
|---|---|
| LAURITZEN BULKERS A/S, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:25-cv-1215 |
| : | |
| TWIN PINES MINERALS, LLC, : | |
| a Delaware limited liability company, : | |
| : | |
| Defendant, : | |
| : | |
| and : | |
| : | |
| THE CONSERVATION FUND, : | |
| a Virginia nonprofit corporation, : | |
| : | |
| Garnishee. : | |

### SUMMONS AND PROCESS OF ATTACHMENT AND GARNISHMENT

TO THE MARSHAL OF THE EASTERN DISTRICT OF VIRGINIA:

**WHEREAS**, a Complaint has been filed in the United States District Court, Eastern District of Virginia, Alexandria District, on July 22, 2025, by LAURITZEN BULKERS A/S, Plaintiff, against TWIN PINES MINERALS, LLC, Defendant and owner of various property, in an action for damages for breach of a maritime agreement, in the amount of US$7,420,412.84, and praying that process may issue in due form of law, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and according to the practice of this Court against Defendant and for the attachment of the property, goods, and chattels of said Defendant;

**NOW**, therefore, we do hereby empower and strictly charge and command you, the said Marshal, to cite and admonish the said Defendant, and that if the said Defendant cannot be found in the Eastern District of Virginia, that you attach Defendant's property, goods, and chattels in said District, to the amount sued for; and if no property, goods, and chattels can be found, that you attach Defendant's debt, credits and effects, to the amount sued for, in the hands of garnishees named in the Complaint, specifically including funds held by The Conservation Fund for the benefit of the Defendant or owed to for the Defendant by The Conservation Fund.

You are also directed to notify the above garnishees, that:



EXHIBIT B

(1) An attachment has been commenced against the Defendant;

(2) garnishees are required to file an answer in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Alexandria Division within twenty one (21) days from the service of this Writ along with a report, under oath, setting forth in detail all debts owing by the garnishees to the Defendant; all property of the Defendant in the possession, custody or control of the garnishees or to which the garnishees hold legal title; all property which is held by the garnishees as fiduciary in which the Defendant has an interest; and whether any property attached is immune or exempt from attachment; and

(3) The garnishees are enjoined from paying any debt to or for the account of Defendant, and from delivering any property owned by the Defendant to or for the account of the Defendant or otherwise disposing thereof;

(4) The garnishees are required to promptly forward a copy of this Writ to the Defendant.

**PLEASE TAKE NOTICE** that if the property of the Defendant is found in the possession of anyone not a garnishee,, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

**PLEASE TAKE FURTHER NOTICE** that you are directed to notify Defendant that the Plaintiff has commenced a Foreign Attachment against them which they are required to defend. Defendant has thirty (30) days after process has been executed to serve its answer.

Amount of Plaintiff's claim: <u>US$7,420,412.84</u>

_____
Clerk


_____
Deputy Clerk