IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAURITZEN BULKERS A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:25-cv-1215 (LMB/WEF) |
| | ) |
| TWIN PINES MATERIALS LLC, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| THE CONSERVATION FUND, | ) |
| | ) |
| Garnishee. | ) |

## ORDER

Before the Court is plaintiff Lauritzen Bulkers A/S's ex parte Motion for Issuance of Process of Maritime Attachment and Garnishment ("Motion"), filed pursuant to Supplemental Rule B for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure ("Rule B"). [Dkt. No. 2]. It appears that there is an admiralty dispute between the plaintiff and the defendant Twin Pines Materials LLC, and that the defendant was not found within this district when the verified complaint was filed as required by Rule B(1)(a). To the extent that the Motion requests that Thomas S. Berkley, Esq. or any member of Pender & Coward P.C. be appointed to serve Process of Maritime Attachment and Garnishment in this matter under Supplemental Rule B(1)(d)(ii), that will be granted; however, nothing in the plaintiff's filings provides evidence that the garnishee, The Conservation Fund, possesses any of the defendant's tangible or intangible personal property. For this reason, the Court does not find good cause to authorize attachment

and garnishment at this time. Accordingly, the Motion is GRANTED IN PART AND DENIED IN PART; and it is hereby

ORDERED that Thomas S. Berkley, Esq. or any member of Pender & Coward P.C. be appointed to serve process in this matter under Supplemental Rule B(1)(d)(ii)(C).

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24th day of July, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge