IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division
In Admiralty

LAURITZEN BULKERS A/S,

       Plaintiff,

v.                                                                                            Civil Action No. 1:25-cv-1215

TWIN PINES MINERALS, LLC,

       Defendant,
and

THE CONSERVATION FUND,

       Garnishee.

## NOTICE OF APPEARANCE

It is hereby requested that the Clerk enter the appearance of Scott B. Ingram, Esquire (VSB No. 98236) of the law firm Pender & Coward, PC, as counsel for Plaintiff Lauritzen Bulkers A/S.

Dated: August 13, 2025                           Respectfully submitted,

**LAURITZEN BULKERS A/S**

By: __/s/ *Scott B. Ingram*__
      Of Counsel

Thomas S. Berkley, Esquire
(VSB #40124)
tberkley@pendercoward.com
Scott B. Ingram, Esquire
(VSB #98236)
singram@pendercoward.com
PENDER & COWARD
333 W. Freemason Street, Suite 100
Norfolk, VA 23510
(757) 502-7344 Phone/Fax
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August 2025, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to filing users in this matte.:

                                             __/s/ *Scott B. Ingram*__
                                             Scott B. Ingram