# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division
## In Admiralty

| | | |
|---|---|---|
| LAURITZEN BULKERS A/S, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:25-cv-1215 |
| TWIN PINES MINERALS, LLC, | : | |
| and | : | |
| THE CONSERVATION FUND, | : | |
| Garnishee. | : | |

## PROOF OF SERVICE ON GARNISHEE

Plaintiff Lauritzen Bulkers A/S hereby submits this proof of service of process in the above-captioned matter on the Garnishee, The Conservation Fund, on August 5, 2025, as evidenced by the private process server Christopher Hester's affidavit attached as Exhibit A.

Respectfully submitted on August 13, 2025.

                                                    LAURITZEN BULKERS A/S

                                                    By: /s/ *Scott B. Ingram*
                                                          Of Counsel

*Lauritzen Bulkers A/S v. Twin Pines Minerals, LLC*            PENDER & COWARD, P.C.
Civil Action No. 1:25-cv-1215                                    www.pendercoward.com
Proof of Service on Garnishee

Page 1 of 2

Thomas S. Berkley, Esquire
(VSB #40124)
tberkley@pendercoward.com
Scott B. Ingram, Esquire
(VSB #98236)
singram@pendercoward.com
PENDER & COWARD
333 W. Freemason Street, Suite 100
Norfolk, VA 23510
(757) 502-7344 Phone/Fax

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2025, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to filing users in this matter:

      /s/ Scott B. Ingram
      Scott B. Ingram

---

*Lauritzen Bulkers A/S v. Twin Pines Minerals, LLC*      PENDER & COWARD, P.C.
Civil Action No. 1:25-cv-1215      www.pendercoward.com
Proof of Service on Garnishee

Page 2 of 2