

3773 Howard Hughes Parkway Suite 500S
Las Vegas, NV 89169-6014

Phone 702.866.2500
Toll-Free 800.2.INCORP (1-800-246-2677)
Fax 702.866.2689

www.incorp.com

## GENERAL AFFIDAVIT

STATE OF NEVADA

COUNTY OF CLARK

PERSONALLY came and appeared before me, the undersigned Notary, the within named Melanie Galero, who is a resident of Clark County, State of Nevada, and makes this her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

The named person(s) Mary Collins, Traci Loving, Tina Tatum, Heather Loving, and Beth Davis are authorized representatives for InCorp Services, Inc. in the state of Virginia. All five person(s) are authorized to accept Service of Process documents on behalf of InCorp Services, Inc.

DATED this 24th day of June, 2022

_____
Affiant

SWORN to subscribed before me, this 24th day of June, 2022.

_____
NOTARY PUBLIC
My Commission Expires:

ROSA ELVIA SALINAS
Notary Public, State of Nevada
Appointment No. 21-0243-01
My Appt. Expires Jun 10, 2025

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:25-CV-1215

Plaintiff:
**Lauritzen Bulkers A/S**

vs.

Defendant:
**Twin Pines Minerals, LLC, et al**

Received by Hester Process Service, Inc. to be served on **The Conservation Fund, c/o Incorp Services, Inc., Registered Agent, 7288 Hanover Green Drive, Suite A, Mechanicsville, VA 23111**.

I, Christopher S. Hester, being duly sworn, depose and say that on the **5th day of August, 2025** at **11:05 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action; Verified Complaint; Motion and Brief for Order for Issuance of Process of Maritime Attachment and Garnishment; and Interrogatories** with the date and hour of service endorsed thereon by me, to: **Beth Davis, Authorized Recipient** at the address of: **7288 Hanover Green Drive, Suite A, Mechanicsville, VA 23111**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 6th day of August, 2025 by the affiant who is personally known to me.

_____
Notary public

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/2028

**Christopher S. Hester**
Process Server

**Hester Process Service, Inc.**
P.O. Box 37128
N. Chesterfield, VA 23234
(804) 271-0298

Our Job Serial Number: HTR-2025007226



Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia ▼

| | |
|---|---|
| LAURITZEN BULKERS A/S | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-1215 |
| TWIN PINES MINERALS, LLC, et al | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Conservation Fund
c/o Incorp Services, Inc.
Registered Agent
7288 Hanover Green Drive, Ste A
Mechanicsville, Virginia 23111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas S. Berkley, Esquire
333 W. Freemason Street, Suite 100
Norfolk, VA 23510
tberkley@pendercoward.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __07/25/2025__   *(signature)*

*Signature of Clerk or Deputy Clerk*